**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Rawle Anthony COLE, Defendant— Appellant.**

No. 08–8399.

United States Court of Appeals, Fourth Circuit.

Submitted: March 17, 2009.

Decided: March 24, 2009.

Rawle Anthony Cole, Appellant Pro Se. Marshall Prince, II, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before TRAXLER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rawle Anthony Cole appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Cole,* No. 0:98–cr–01126–JFA–1 (D.S.C. Nov. 3, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*